IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | | |
|---|---|---|
| ROBERT H. VAN HORN, <br> a/k/a ROBERT VAN HORN, <br> a/k/a R. H. VAN HORN, <br><br> Plaintiff, <br><br> and <br><br> JOHN CARL VAN HORN, <br><br> Involuntary Plaintiff, <br><br> vs. <br><br> WILLIAM VAN HORN and <br> JUNE LINDER, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | No. C04-4020-MWB <br><br> JUDGMENT <br> IN A CIVIL CASE |

This action came before the Court. The issues have been decided and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Arbitration award in this matter is confirmed. Costs are to be divided evenly amoung the parties, with each party bearing the expense of their own witnesses.

IT IS FURTHER ORDERED

Defendants William Van Horn and June Linder take nothing on counterclaims against Plaintiff R. H. Van Horn and Involuntary Plaintiff John Carl Van Horn, and these matters are dismissed without prejudice.

Dated: October 20, 2005          PRIDGEN J. WATKINS
                                 Clerk

                                 /s   des
                                 (By) Deputy Clerk